An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY DEWANE BAILEY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65989

**FILED**

JUL 24 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion to stay proceedings and a motion to vacate verdict. Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motions, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we ORDER this appeal DISMISSED.[1]

_____, J.
Pickering

_____, J.          _____, J.
Parraguirre                                        Saitta

---

[1]We have received a proper person motion seeking permission to file documents and stay the proceedings, an opening brief, and an appendix to the opening brief, and we deny relief requested as this appeal is being dismissed for the reason set forth above.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-24112

cc: Hon. Jerome T. Tao, District Judge
Anthony Dewane Bailey
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A